DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROSE LANNQUIST GOULDY,**
Appellant,

v.

**TIMOTHY M. CHIASSON,**
Appellee.

No. 4D22-118

[February 2, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John S. Kastrenakes, Judge; L.T. Case No. 50-2021-CA-000123-XXXX-MB.

Rose Lannquist Gouldy, Palm Beach Gardens, pro se.

Kai E. Jacobs of South Florida Business Law Group, Coral Gables, for appellee.

PER CURIAM.

*Affirmed.*

MAY, LEVINE and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***